FORM L150 Notice of Trustee's Motion to Dismiss for Failure to Appear at §341(a) Meeting of Creditors (v.8.14)     20–22523 – A – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO APPEAR AT §341(a) MEETING OF CREDITORS AND MOTION TO EXTEND THE DEADLINES FOR FILING OBJECTIONS TO DISCHARGE AND MOTIONS TO DISMISS

| Case Number: | 20–22523 – A – 7 | Docket Control Number: | GMR–1 |
|---|---|---|---|

**Debtor Name(s) and Address(es):**

Julia B Dunisch
110 Olivadi Way
Sacramento, CA 95834

*Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.*

**NOTICE IS HEREBY GIVEN** that the chapter 7 trustee in this case has filed a motion to dismiss the case on the grounds that Julia B Dunisch , the debtor(s), failed to appear at the meeting of creditors held on 6/16/20.

The debtor or any other party in interest who does not want the case dismissed must file and serve an opposition to the trustee's motion **no later than 14 days before the hearing date**. In the absence of a timely opposition, no hearing will be held and the case will be dismissed. ***Note: we have enclosed the two documents that will help you file and serve the opposition:*** "Notice of Hearing and Opposition on Trustee's Motion to Dismiss for Failure to Appear at §341(a) Meeting of Creditors" and a Certificate of Mailing.

If a timely opposition is filed to the trustee's motion, the court will consider the dismissal of the case **at a hearing on 7/20/20 at 09.00a in Sacramento Courtroom 33, Department E** of the U.S. Bankruptcy Court, at the address shown above.

If the court is persuaded not to dismiss the case, the meeting of creditors will be held on 7/28/20 at 02:00 PM at This meeting is being held telephonically. For telephonic information please go to www.caeb.uscourts.gov.

**NOTICE IS FURTHER GIVEN** that if the court decides not to dismiss the case, it may attach conditions, such as to extend deadlines for parties to file actions under 11 U.S.C. §523, §707(b) and §727.

*Important Notes:*
1. The opposition must be filed with the Clerk of the U.S. Bankruptcy Court at the address shown above, not later than 14 days before the hearing date.
2. The opposition must also be mailed to the Chapter 7 Trustee, the U.S. Trustee, the debtor and the debtor's attorney 14 days before your scheduled hearing with the court. Their addresses can be found in the enclosed Certificate of Mailing.
3. If you have submitted your opposition, you or your attorney must appear at the court hearing scheduled above.

Dated: 06/16/2020            Geoffrey Richards, Trustee
PO Box 579
Orinda, CA 94563

Filer's Name: _____

Address:     _____
                _____

Phone:     _____

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

| | | |
|---|---|---|
| In re | ) | **Case Number:** 20–22523 – A – 7 |
| | ) | |
| Julia B Dunisch | ) | Docket Control No: GMR–1 |
| | ) | |
| | ) | **NOTICE OF HEARING AND OPPOSITION** |
| | ) | **ON TRUSTEE'S MOTION TO DISMISS FOR** |
| | ) | **FAILURE TO APPEAR AT §341(a) MEETING** |
| | ) | **OF CREDITORS AND MOTION TO EXTEND** |
| Debtor(s). | ) | **THE DEADLINES FOR FILING OBJECTIONS** |
| | ) | **TO DISCHARGE AND MOTIONS TO DISMISS** |

TO THE TRUSTEE, THE UNITED STATES TRUSTEE, THE DEBTOR(S), AND THE ATTORNEY FOR THE DEBTOR(S), IF APPLICABLE:

**YOU ARE HEREBY NOTIFIED** that on 7/20/20 at 09.00a in Sacramento Courtroom 33, Department E of the U.S. Bankruptcy Court, at the address shown above there will be a hearing on the Trustee's Motion to Dismiss For Failure to Appear at §341(a) Meeting of Creditors. This motion is opposed by _____,
who is a _____ (type of party – debtor, creditor, other party in interest) in this case. Opposition is based on the following: (State all the reasons this case should not be dismissed. If this Notice of Hearing and Opposition is filed by the debtor(s), include the reason(s) you failed to appear at the meeting. Attach additional pages, if necessary.)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____      Signed: _____

**Instructions**: To request a hearing on the Trustee's Motion, a completed, originally signed Notice of Hearing and Opposition with any additional pages attached must be filed with the Clerk of Court at the address shown above not later than 14 days before the hearing date, and copies must be received by the Trustee and the United States Trustee not later than 14 days before the hearing date. If the completed Notice of Hearing and Opposition is filed by a party other than the absent debtor(s), copies of the completed Notice of Hearing and Opposition with any additional pages attached must also be received by the debtor(s) and, if represented by legal counsel, by the attorney for the debtor(s) not later than 14 days before the hearing date.

In re:  Julia B Dunisch　　　　　　　　　　Case number:  20–22523 – A – 7

# CERTIFICATE OF MAILING

     I, _____, hereby certify that a copy of the Notice of Hearing and Opposition on Trustee's Motion to Dismiss For Failure to Appear at §341(a) Meeting of Creditors and Motion to Extend the Deadlines for Filing Objections to Discharge and Motions to Dismiss and the additional pages, if any, to which this certificate is attached was(were) mailed today to the following entities at the address shown below:

Geoffrey Richards　　　　　　　　　　　　　　　　Office of the U.S. Trustee
PO Box 579　　　　　　　　　　　　　　　　　　　Robert T. Matsui United States Courthouse
Orinda, CA 94563　　　　　　　　　　　　　　　　501 I Street, Room 7–500, Sacramento, CA 95814

     If I am a party other than the debtor or joint debtor, I further certify that a copy of the Notice of Hearing and Opposition on Trustee's Motion to Dismiss For Failure to Appear at §341(a) Meeting of Creditors and Motion to Extend the Deadlines for Filing Objections to Discharge and Motions to Dismiss and the additional pages, if any, to which this certificate is attached was(were) additionally mailed today to the debtor(s) and, if represented by legal counsel, to the attorney for the debtor(s) at the address shown below:

Julia B Dunisch
110 Olivadi Way
Sacramento, CA 95834

Julia B Dunisch
110 Olivadi Way
Sacramento, CA 95834

Dated: _____　　　　Signed: _____

                                                                                           Printed Name: _____
                                                                                           Address: _____
                                                                                                             _____
                                                                                                             _____

 **Complete this Certificate of Mailing and attach it to the originally signed Notice of Hearing and Opposition on Trustee's Motion to Dismiss For Failure to Appear at §341(a) Meeting of Creditors and Motion to Extend the Deadlines for Filing Objections to Discharge and Motions to Dismiss you file with the Clerk of Court.**