**1**

**Geoffrey Richards**
**Chapter 7 Bankruptcy Trustee**
**PO Box 579**
**Orinda, CA  94563**
**Telephone:  (916) 288-8365**

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In Re, | Case No. 20-22523 |
| **JULIA B DUNISCH** | DCN:  GMR-001 |
| **Debtor** | **NO HEARING SET** |

### ORDER TO DISMISS CASE

Upon consideration of the Motion of Geoffrey Richards, Chapter 7 Trustee, seeking an Order To Dismiss For Failure To Appear at §341(a) Meeting of Creditors in the above captioned case, neither the Debtor or other party of interest has filed a Notice of Hearing with the Clerk of the U.S. Bankruptcy Court 14 days before the possible hearing date of as required, the Court finds that cause exists to dismiss the case.   Accordingly,

**IT IS HEREBY ORDERED** that the above motion is granted and the case is dismissed.

Dated:  Jul 21, 2020

_____
Fredrick E. Clement
United States Bankruptcy Judge

RECEIVED
July 20, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006806561